1022

[No. 45779-2-II. Division Two. June 16, 2015.]

RENATO FIGURACION ET AL., *Appellants*, v. REMBRANDT REALTY TRUST ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 46004-1-II. Division Two. June 16, 2015.]

ALLYAH JASEM SALIM AYESH, *Respondent*, v. JONATHAN MICHAEL BULLIS, *Appellant*.

*Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick and Maxa, JJ.

[No. 31619-0-III. Division Three. June 16, 2015.]

*In the Matter of the Marriage of* CATHERINE M. ALLEN, *Respondent*, and JEFFREY R. ALLEN, *Appellant*.

*Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 32242-4-III. Division Three. June 16, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. GUADALUPE AROUSA, JR., *Appellant*.

*Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Fearing, J.